land; and *Alfred P. Ramsey* for the Consolidated Gas Electric Light & Power Co. of Baltimore, respondents.

No. 220, Misc. KAWAKITA *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Morris Lavine, A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 352. REED ET AL. *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied. Motion to tax certain printing costs against respondent also denied. *Robert B. Bennett* for petitioners. *Joe L. Martinez,* Attorney General of New Mexico, *James B. Cooney* and *Willard F. Kitts,* Assistant Attorneys General, and *Richard M. Krannawitter* for respondent.

No. 430. COMMUNITY SERVICES, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Fleming Bomar* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the issuance of a writ of certiorari in this case.

No. 471. TEXAS EMPLOYERS' INSURANCE ASSOCIATION ET AL. *v.* VORIS, DEPUTY COMMISSIONER, EIGHTH COMPENSATION DISTRICT, ET AL. C. A. 5th Cir. Certiorari denied. *M. L. Cook* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the Deputy Commissioner, respondent.